# EXHIBIT G



# Advanced security. Fast emergency response.

Take our quiz

Or build your own system

- 24/7 professional monitoring for less than $1/day
- Convenient installation options
- Complete control with the SimpliSafe App
- 60 day money-back guarantee

## Find your perfect system.



# Why choose SimpliSafe

**Half the cost of traditional providers**

Professional monitoring for less than $1 a day with no long-term contracts or hidden fees.

**Powered by Fast Protect™ Technology**

Advanced technology helps our live, 24/7 monitoring agents quickly verify security threats for priority dispatch and faster police response.
*Requires Interactive monitoring plan with video verification

**Protect against intruders and other home threats**

More than just intruders—our agents monitor against leaks, floods, fires and more.

**Smarter ways to detect motion**

Detects people, ignores pets. Motion sensors use a precision human-form detection algorithm so you get better detection and faster response.

**Complete control with the SimpliSafe App**

Arm, disarm and protect anytime, anywhere.

## Instant alarm response

With a professional monitoring plan, we'll send a text the moment your siren goes off to help you quickly confirm or cancel an alarm. If you don't respond, an agent will call to ensure you're okay.

## Keep an eye inside and out - even when you're away

With HD security cameras for indoors and out, see what's happening all the time on our top-rated app.

## Participating 911 centers get critical alarm data instantly, enabled by RapidSOS

Our integration with RapidSOS technology means our 24/7 monitoring agents can send critical household data instantaneously to participating 911 centers so responders can act more quickly and accurately.

## Prepared for the unexpected

Lose power? Lose Wi-Fi? SimpliSafe is ready with battery back up and cellular connectivity.

## Smart home compatible

Use your system with Alexa, Google Assistant, August Locks, and Apple Watch.



## Keeps watch outside. Keeps you safe inside.

Watch over everything, day or night, in full color HD. It's an incredible wireless camera that works hand in hand with our award-winning security system to keep your family safe - whether you're home or away. So you get real protection — from your front lawn to your backyard.

Learn more

# The SimpliSafe difference

**SimpliSafe: The Better Way**

- ✔ Monitored by professionals
- ✔ Faster police response powered by Fast Protect™ Technology*
- ✔ No long-term contracts
- ✔ Wireless, no drilling or landline required
- ✔ Subscription Lifetime Protection Warranty
- ✔ Great rating on TrustPilot [(2)]
- ✔ Easy to setup yourself

**Traditional Home Security**

- ✔ Monitored by professionals
- ✘ 36 month contract, monitoring costs $37-$53/month [(1)]
- ✘ Hardwired, needs landline
- ✘ Poor rating on TrustPilot [(2)]

\* Requires Interactive monitoring plan with video verification

1. Leading competitor's landline based offerings as of 10/22 with 24 month contracts in CA. 2. Based on Trustpilot review scores as of 10/22.



# How it works

**1** **Customize your system**

Easily build your system online or call a security specialist to talk through which security sensors and cameras your home needs. We'll ship them to your front door in less than a week.

**2** **Convenient installation options**

Easily set it up yourself or choose to have a SimpliSafe-approved technician install your system.

**3** **We protect your home 24/7**

Sensors guard every room and entry point. If danger is detected, our monitoring center will call you and dispatch emergency response.

Learn more.

# Meet the system

We offer sensors for every room, window and door. HD security cameras for inside and out. Smarter ways to detect motion. Hazard sensors that detect fires, floods, and other threats to your home, and powerful sirens that can instantly stop intruders in their tracks. All powered by live, 24/7 professional monitoring agents — ready to send help fast. Meet the system.

Test SimpliSafe in your home for 60 days. Your system arrives ready to work. No drilling or tools needed. If you aren't 100%

satisfied, return it for a full refund (we'll even pay return shipping).



## "Best overall home security of 2023"

**US News & World Report**
1/9/2023

## "SimpliSafe is still the king"

**CNET: "Editors' Choice"**

