# EXHIBIT H

**SimpliSafe**    Take our quiz



# Engineered to protect

We protect over 3 million people with our award-winning security system. This is our security camera. 24/7 HD video. Intruder and motion alerts. All built by people who know security. Meet SimpliCam.

**$99.00 ea**    −   1   +



Add to cart

Page | H-1

Wireless Security Camera System | SimpliSafe Indoor Security Camera



## Keep an eye on your home

Watch live HD Video and audio 24/7 for free from your smartphone, tablet or computer.



## Alerts you to trouble

SimpliCam alerts you for free the instant it detects motion so you can see what's happening and take action.



## Motion detection

Motion sensors are calibrated to detect the unique heat signature of humans.



"The best engineering is invisible. It transforms complex technology



into something simple and intuitive. SimpliCam is just that—a powerful security camera that is deceptively easy to use."

**Chad Laurans, Founder of SimpliSafe**



Wireless Security Camera System | SimpliSafe Indoor Security Camera

# Catch them in the act

Someone home who shouldn't be? Not for long. SimpliCam notifies you the instant it detects unusual activity, so you can see what happened and take action.

**Capture critical evidence**
See what happened before, during and after your camera detects activity. With an optional recording plan, you can record, store and share critical footage with police and neighbors.

- Record anytime at the push of a button
- 30-day storage
- Download and share clips

Wireless Security Camera System | SimpliSafe Indoor Security Camera



# See what's happening at home. Wherever you are.

Is everything alright at home? With SimpliCam, you can see and hear what's happening at home any time, anywhere, from any device. With an ultra-wide field of view — and flawless streaming — you can see everything that happens at home in crystal clear HD from your smartphone, laptop or tablet.
All for free in the SimpliSafe app.



# Looking for an outdoor security camera?

See everything outside your home with SimpliSafe's outdoor camera. With a built-in spotlight and HDR imaging, you can see what's happening in full color — day or night. Built to work in snow or rain and from -4°F to 122°F.

Meet the outdoor camera

Page | H-6



# Detects people. Ignores everything else.

We believe a home security camera should know the difference between an intruder and a branch moving outside the window. SimpliCam solves the "camera-cried-wolf" problem. Its built-in motion detection algorithms are calibrated to detect the unique heat signature of humans, so you're only alerted to the things that matter.

# Flawless streaming

What good is HD video if it's choppy, grainy and slow? Here's a secret. To get crystal clear video, you need more than HD resolution. SimpliCam's secret sauce is its compression. Our engineers developed a "variable bitrate compression algorithm," which is a geeky way of saying that with SimpliCam you get crystal clear HD video that loads quickly and plays smooth.

# Serious privacy protection

SimpliCam was built with a stainless steel privacy shutter to give you complete control over your privacy. The privacy shutter only opens with your permission. It protects your video feed with the same level of encryption used by banks to protect their accounts.

**End to End Encoding**      **Encryption in Transit**         **SSL Security Certification**

Wireless Security Camera System | SimpliSafe Indoor Security Camera

# Meet SimpliCam

## view full features & specs

# Open box. Plug it in. Protect your home.

Wireless Security Camera System | SimpliSafe Indoor Security Camera







Simplicam security camera

# Frequently Asked Questions

| Is SimpliCam a wireless camera? | ⌃ |
|---|---|

No, SimpliCam is a wired camera that plugs into an outlet and was designed for indoor use.

| When does the camera record? | ⌃ |
|---|---|

Wireless Security Camera System | SimpliSafe Indoor Security Camera

Recordings are available with select monitoring plans.  Based on the plan selected by the owner, the camera will record the following events: alarms, disarming your security system, motion detection, user-triggered recording, secret alerts (when enabled), duress alarm, silent panic button, entry delay, and power restored.

### What is Video Verification, and how do I enable this feature on my camera? 

Video Verification is an opt-in feature that allows the SimpleSafe monitoring center to access your camera during an alarm, confirm the alarm is real and send police faster. This feature is available on the Interactive Monitoring plan for all SimpliSafe cameras - both indoors and outdoors. To enable, go to your Camera Settings and enable under "Camera Access".

### Do I need to be on a WiFI network when using SimpliSafe cameras? 

Yes. All SimpliSafe cameras require WiFi for set up and use. Our cameras are designed to work with 2.4 GHz WiFi networks in order to provide wider coverage and penetrate walls. All WiFi networks support 2.4 GHz. Being on WiFi allows you to connect cameras to your system, stream live video, view and download recordings*; access the SimpliSafe app and control your system from anywhere; enable Video Verification*, arm your system using Google Assistant or Alexa* and retrieve and download necessary firmware updates for your system and devices. *with select monitoring plans.

Shop                              Support                    🇺🇸 USA

SimpliSafe Home Security Systems | Wireless Home Security Alarms



☰ **Simpli**Safe                          ⊙  🛒   **Take our quiz**

# Advanced security. Fast emergency response.

**Take our quiz**

Or build your own system

👤 **24/7 professional monitoring for less than $1/day**

🏠 **Convenient installation options**

📱 **Complete control with the SimpliSafe App**

🛡 **60 day money-back guarantee**

## Find your perfect system.



# Why choose SimpliSafe

### Half the cost of traditional providers

Professional monitoring for less than $1 a day with no long-term contracts or hidden fees.

### Powered by Fast Protect™ Technology

Advanced technology helps our live, 24/7 monitoring agents quickly verify security threats for priority dispatch and faster police response.
*Requires Interactive monitoring plan with video verification

### Protect against intruders and other home threats

More than just intruders—our agents monitor against leaks, floods, fires and more.

### Smarter ways to detect motion

Detects people, ignores pets. Motion sensors use a precision human-form detection algorithm so you get better detection and faster response.

### Complete control with the SimpliSafe App

Arm, disarm and protect anytime, anywhere.

### Instant alarm response

With a professional monitoring plan, we'll send a text the moment your siren goes off to help you quickly confirm or cancel an alarm. If you don't respond, an agent will call to ensure you're okay.

### Keep an eye inside and out - even when you're away

With HD security cameras for indoors and out, see what's happening all the time on our top-rated app.

### Participating 911 centers get critical alarm data instantly, enabled by RapidSOS

Our integration with RapidSOS technology means our 24/7 monitoring agents can send critical household data instantaneously to participating 911 centers so responders can act more quickly and accurately.

### Prepared for the unexpected

Lose power? Lose Wi-Fi? SimpliSafe is ready with battery back up and cellular connectivity.

### Smart home compatible

Use your system with Alexa, Google Assistant, August Locks, and Apple Watch.

SimpliSafe Home Security Systems | Wireless Home Security Alarms



# Keeps watch outside. Keeps you safe inside.

Watch over everything, day or night, in full color HD. It's an incredible wireless camera that works hand in hand with our award-winning security system to keep your family safe - whether you're home or away. So you get real protection — from your front lawn to your backyard.

**Learn more**

SimpliSafe Home Security Systems | Wireless Home Security Alarms

# The SimpliSafe difference

## SimpliSafe: The Better Way

✔ Monitored by professionals

✔ Faster police response powered by Fast Protect™ Technology*

✔ No long-term contracts

✔ Wireless, no drilling or landline required

✔ Subscription Lifetime Protection Warranty

✔ Great rating on TrustPilot [2]

✔ Easy to setup yourself

## Traditional Home Security

✔ Monitored by professionals

✕ 36 month contract, monitoring costs $37-$53/month [1]

✕ Hardwired, needs landline

✕ Poor rating on TrustPilot [2]

\* Requires Interactive monitoring plan with video verification

1. Leading competitor's landline based offerings as of 10/22 with 24 month contracts in CA. 2. Based on Trustpilot review scores as of 10/22.



# How it works

**1**   **Customize your system**

Easily build your system online or call a security specialist to talk through which security sensors and cameras your home needs. We'll ship them to your front door in less than a week.

**2**   **Convenient installation options**

Easily set it up yourself or choose to have a SimpliSafe-approved technician install your system.

**3**   **We protect your home 24/7**

Sensors guard every room and entry point. If danger is detected, our monitoring center will call you and dispatch emergency response.

Learn more.

# Meet the system

We offer sensors for every room, window and door. HD security cameras for inside and out. Smarter ways to detect motion. Hazard sensors that detect fires, floods, and other threats to your home, and powerful sirens that can instantly stop intruders in their tracks. All powered by live, 24/7 professional monitoring agents — ready to send help fast. Meet the system.

Test SimpliSafe in your home for 60 days. Your system arrives ready to work. No drilling or tools needed. If you aren't 100%

satisfied, return it for a full refund (we'll even pay return shipping).



"Best overall home security of 2023"

**US News & World Report**

1/9/2023

"SimpliSafe is still the king"

**CNET: "Editors' Choice"**

3/1/23, 9:39 PM                     SimpliSafe Home Security Systems | Wireless Home Security Alarms



12/14/2022

**Shop now**

## Get offers and security advice

Enter email

Submit

You may receive email offers from us in accordance with our Privacy Policy.

**Shop** ⌄

**Company** ⌄

**Support** ⌄

**Legal** ⌄

🇺🇸 USA

© 2022 SimpliSafe, Inc.

Do Not Sell My Personal Information