# EXHIBIT I

App Support | SimpliSafe Help Center

← **Back to Shop**                                    **Simplisafe Account Login**

# SimpliSafe
### support

**Product Support**                    G

# App Support

The SimpliSafe app will help you stay connected to your home, even when you're away. Learn how to navigate the app and troubleshoot app errors here.



Feedback

## Popular



## How to add the SimpliSafe widget to

# SimpliSafe
### support

**Product Support**          G



screen, choose EditAt the bottom of the widg…

**Read More**



## Where can I download the SimpliSafe App?

The SimpliSafe App is available through the Google Play Store or through the App Store on your iPhone or iPad. If you want to access you…

**Read More**

# Featured

## SimpliSafe
### support

**Product Support**         G

📄 App Error: Your
connection is not
private

Feedback

📄 How to activate
app control

📄 How to add the
SimpliSafe widget to
your Smart Phone

📄 Where can I
download the
SimpliSafe App?

📄 Securing Your
SimpliSafe Account

📄 App Error: Oops!
Something went
wrong



App Support | SimpliSafe Help Center

📄 How do I set up



**Product Support**          G

📄 How do I set up
Push Notifications for
my SimpliSafe on my
smartphone?

📄 Snooze
Notifications for
SimpliSafe Cameras

Feedback

Product Support

Getting Started

Account & Billing

Community

App Support

Shop

Orders & Warranty

Using Your System

Alarms & Monitoring

Moving Support



App Support | SimpliSafe Help Center

**Wi-Fi Troubleshooting**



**Product Support**          G

8:00 am - Midnight, ET.

💬 **Live Help**

**8:00am - Midnight, ET.**

Feedback

California          © 2022          Legal          Privacy          Blog          Accessibility
Residents -      SimpliSafe,                                                            Statement
Do Not Sell      Inc.
My
Personal
Information



Legal

Privacy

Accessibility Statement

California Residents - Do Not Sell My Personal Information

© 2022 SimpliSafe, Inc.

