# EXHIBIT J





**10 Pieces**

# The Beacon

This system takes protection to the next level. First, protect your home from the outside in with two Wireless Outdoor Security Cameras. This system also includes two Motion Sensors to catch anyone walking through a main rooms and hallways plus four Entry Sensors to cover other entry points like windows or doors.

- No contracts
- 24/7 alarm monitoring
- No phoneline needed

$559.92 ~~$699.90~~
with interactive monitoring

Starting at 0% APR or $47/mo affirm. Learn more

See details



## The Lighthouse

We took our most popular system and added a Wireless Outdoor Security Camera so you can protect your home from the outside in. This system also includes a Motion Sensor to catch anyone walking through a main passage plus three Entry Sensors to cover entry points like windows or doors.

**7 Pieces**

- No contracts
- 24/7 alarm monitoring
- No phoneline needed

$371.94 $464.93

with interactive monitoring

Starting at 0% APR or $31/mo affirm. Learn more

See details





## The Haven

Water damage and fires are some of the most frequent and expensive home insurance claims. The Haven has everything you need to stop them.

**14 Pieces**

- No contracts
- 24/7 alarm monitoring
- No phoneline needed

**$407.89** ~~$509.86~~
with interactive monitoring

Starting at 0% APR or $34/mo affirm. Learn more

See details



## The Knox

For large homes, look no further. This kit's got twice the entry and motion protection of the Hearth. It's a great fit for homes with 4 or more bedrooms.

**13 Pieces**

- No contracts
- 24/7 alarm monitoring
- No phoneline needed

**$375.90** ~~$469.87~~
with Interactive Monitoring

Starting at 0% APR or $32/mo . Learn more

See details

## The Hearth

All the protection of the Essentials, plus smoke detection. Not to mention a 105dB extra siren. It's about as loud as from Zeppelin in '72. Intruders, start running.

**9 Pieces**

- No contracts
- 24/7 alarm monitoring
- No phoneline needed

**$315.93** ~~$394.91~~
with interactive monitoring

Starting at 0% APR or $27/mo affirm. Learn more

See details



## The Essentials

The perfect system to start protecting your home. It's got a motion sensor to catch anyone walking through a main pass**6 Pieces** sensors to cover all your main entry points.

- No contracts
- 24/7 alarm monitoring
- No phoneline needed

$219.96 $274.95
with interactive monitoring

Starting at 0% APR or $19/mo affirm. Learn more

See details





## The Foundation

**4 Pieces**

We designed this kit for small homes and apartments. It's got an entry sensor to cover your main door, plus a motion sensor for an extra layer of protection.

- No contracts
- 24/7 alarm monitoring
- No phoneline needed

$195.97 ~~$244.96~~

with interactive monitoring

Starting at 0% APR or $17/mo affirm. Learn more

See details

Shop                                    Support                                    🇺🇸 USA

Legal     Privacy     Blog

© 2022 SimpliSafe, Inc.

Do Not Sell My Personal Information