# EXHIBIT K

3/1/23, 9:32 PM                                                      Wired Video Doorbell Camera | SimpliSafe

SimpliSafe                                                                         Take our quiz



# Always on the lookout

Package? Delivered. Dog? Walked. Front yard? All clear. Bad guys? Not here. Watch over it all — without leaving your seat — with the SimpliSafe Video Doorbell Pro.

$169.00 ea     -   1   +

Add to cart



## Who's out front?

Get alerts on your phone for all activity out front.

## What are they up to?

We'll show you—night or day—in crisp, wide-angle HDR video.

## Can I help you?

Talk to guests without ever getting up to answer the door.



# Who's there?

Doorbell Pro alerts you when someone's at the door—even if they don't ring the bell. With a super wide field of view, you can see everything happening out front in the bright light of day or dark of night—in perfectly crisp 1080p HD. And it's designed to work with doorbells on almost any type of home.

# Detects people. Ignores distractions.

Unlike other doorbell cameras, Video Doorbell Pro uses two different sensors. *One sensor identifies the heat signature of people, another detects human form. You'll only get alerts for things that count.

- Thoughtful motion alerts
- Dual-sensor trigger
- Ignores motion from cars

*Sensor functionality and image classification is live.





# Fits in anywhere, from condo to castle.

We designed our doorbell to work flawlessly in any type of home — old or new.

- **Works with the most common doorbell wiring**
  Compatible with any 8-24V AC transformer.

- **Small enough to place almost anywhere**

  Video Doorbell Pro clocks in at just 4.35 x 1.35 x 1.12 inches.

- **Install on corners or shingles**

  Support wedges included for easy setup.

\* Requires Interactive or Self Monitoring with Camera Recordings Plan

# A lot more than the front door.

Video Doorbell Pro connects to every sensor in your SimpliSafe system. When a sensor detects activity, Doorbell Pro (and your other cameras) start recording, so you can see exactly what happened and capture crucial evidence.*



# Meet Doorbell Pro

view full features & specs

# Secure in minutes

Anyone can set up Video Doorbell Pro in under thirty minutes. No know-how needed. All it takes is a Phillips head screwdriver. We'll walk you through the rest.

Install doorbell            Download app              Connect to Wifi

# Flawless streaming

Ultra-clear video takes more than just HD. Doorbell Pro's secret sauce is its compression. Our engineers developed a "variable bitrate compression algorithm," which is a geeky way of saying that with Doorbell Pro you get crystal clear HD video that loads quickly and plays smooth.



# Try Video Doorbell Pro risk free

Test out the Video Doorbell Pro. If you aren't 100% delighted, call us within 60 days for a full refund and let us pay for return shipping.

$169.00 ea    -    1    +

**Add to cart**

Video Doorbell Pro

# Frequently asked questions

What is the Video Doorbell Pro?    

The Video Doorbell Pro from SimpliSafe lets you keep an eye on who approaches your front door, and communicate easily with any visitors whether you're in the house or away. The Doorbell Pro is even compatible with the SimpliSafe wireless home security system.

Here's what you get with the Video Doorbell Pro:

- Live streaming via the mobile app or webapp
- Two-way audio that lets you watch, speak and listen through the doorbell
- Advanced Video Motion Detection (People-only Detection) drastically reduces false motion triggers and gives more reliable notifications.
- Activity zones - Determines the zone in which the motion sensor will detect movement. Activity Zone selection only works during the day.
- Video recording when motion is detected (subscription required)

- Recording storage for up to 30 days

My Video Doorbell Pro won't connect to Wi-Fi 

If the status light is flashing red then your doorbell isn't able to establish a secure connection to your Wi-Fi network. Please make sure your router is plugged in and that it is within a good range of your doorbell. Another important thing to check is that the network is transmitting over 2.4 GHz and not 5 GHz.

How do you use the Video Doorbell Pro's two-way audio? 

By downloading the SimpliSafe app, not only can you access your doorbell camera in real time, but also the speaker. The two-way audio feature on our Video Doorbell allows users to talk to anyone who might be outside of their property. Customers can then communicate with anyone standing next to their doorbell without having to open the front door.

Here's how to use it:

- To speak, hold down the microphone button while viewing the livestream
- To listen, release the microphone button to hear audio from the camera

**You will not be able to hear** the audio while holding down the microphone button

See more ⌄

