# EXHIBIT L

Back to Shop                                                                                          Simplisafe Account Login

        Product Support            G

App Support  >  Securing Your SimpliSafe Ac…

# Securing Your SimpliSafe Account

Updated 3 months ago        

At SimpliSafe, we take protecting your information as seriously as we do protecting your home. To help us keep you protected, we've implemented Account Verification with 2-Step Verification and Multi-Factor Authentication (MFA). This means that any time you log into your account with a new device, or renew your login on the same device, you'll need to confirm that login through a different point of contact. So even if someone knew your email and SimpliSafe password, they still



3/3/23, 9:48 AM                               Securing Your SimpliSafe Account | SimpliSafe Help Center

wouldn't be able to access your account

# SimpliSafe support

**Product Support**     G

## Verification

2-Step Verification is required for your SimpliSafe account and is enabled when you first set it up. When you log in to a device with your SimpliSafe username and password, you'll receive an email. To confirm the login, you need to open that email and click the **Verify Device** button.

2-step Verification is set up for the email address we have for your account. To change your email, you will need to log into your account on a web browser.

1. Log into your account here
2. On the menu on the left (you may need to click the ≡ three-bar menu icon), click **Manage Account**
3. Under Login Info, you will find the box where you can change your email address
4. Don't forget to click **Save Changes** on the bottom

Feedback

# Enabling Multi-Factor

Product Support     G

you to confirm access to your SimpliSafe account through a registered phone number. You can register multiple phone numbers to authenticate your SimpliSafe account for use on different devices.

**Note:** Enabling MFA will replace 2-Step Verification.

To enable Multi-Factor Authentication:

1. Open the SimpliSafe app on a device that is already logged in
2. Navigate to the ≡ three-bar menu on the top left corner of the app
3. Select **Manage Account**
4. Then choose **Multi-Factor Authentication**
5. You'll be asked to log in again
   1. If you have not set up MFA yet, you'll need to verify your login by 2-step verification
6. Select **Phone** as the authentication method, and tap **Continue**





Product Support      G

7. Enter a phone number where
   ... supported

8. Select how you would like to verify your phone number: either Text Message (SMS) or phone call

9. *You'll receive a 6-digit code. Type that code into the box in the SimpliSafe app, and tap **Continue**

10. From here, you can tap **+ Add Authentication Method** to add more contact numbers or tap **Done** if you're finished.

You can follow the above instructions to return to the Multi-Factor Authentication screen, and add more contact numbers at any time.

When it's time to log into your SimpliSafe account, either on the SimpliSafe app or your online account:

1. Type in your username and password, and tap **Continue**

2. A verification code will automatically be sent to the



first contact. If that is your



Product Support     G

4. Select the phone number you wish to receive the confirmation code. Once selected, the confirmation will be sent automatically
5. Type in the confirmation code that you received via SMS or phone call, and press **Continue**
6. You will now be logged into your SimpliSafe account

*Please Note: MFA Confirmation Codes can only be sent to US and UK phone numbers. If you are traveling internationally, we strongly suggest logging out and logging back in to the SimpliSafe app prior to your departure. This will keep you logged in to the app for 30 days.*

## Enabling Biometric Authentication

When logging into the SimpliSafe mobile app, you may be prompted to set up



Feedback

Biometric Authentication. In order to be

Product Support     G

supports Face Unlock or Fingerprint.

Once Biometric Authentication is configured, you'll only need to enter your email address and use Biometric Authentication to log in on this device. For other devices or when using the Web App, you will still need to enter your password and may be prompted for 2FA or MFA authentication.

You can manage Biometric Authentication at any time on the SimpliSafe app.

1. Select the three-bar menu from the top left corner of the app
2. Choose Manage Account
3. Next, choose Multi-factor Authentication
4. Then, you will be brought to the screen to manage your Multi-Factor Authentication log-in options - including Biometric Authentication.





Product Support        G

No        Yes

50 out of 54 users found this helpful.

Feedback

Product Support

Getting Started

Account & Billing

Community

App Support

Shop

Orders & Warranty

Using Your System

Alarms & Monitoring

Moving Support

Wi-Fi Troubleshooting

Call Us

**1-800-204-0542**



**8:00 am - Midnight, ET.**

Product Support

| California Residents - Do Not Sell My Personal Information | © 2022 SimpliSafe, Inc. | Legal | Privacy | Blog | Accessibility Statement |

Feedback



Legal

Privacy

Accessibility Statement

California Residents - Do Not Sell My Personal Information

© 2022 SimpliSafe, Inc.

