# EXHIBIT M

# EXHIBIT M

# SimpliCam Indoor Camera Installation Guide

Updated 2 months ago

Keep an eye on your home with HD video that you can live stream from your phone, tablet, or computer with the SimpliCam Indoor Camera. SimpliCam alerts you the instant it detects motion so you can see what's happening and take action through its 2-way audio. Enhance your recordings and get unlimited access to your timeline with select [professional monitoring plans](#).

Feedback

## Before Getting Started



You will need to have a 2.4GHz network connection

available to complete the setup of this camera.

After taking your camera out of the box, we recommend you thread the cord through the stand, plug it into the camera, then put the camera on the stand, and plug it into the power source.

## Watch the video below for a hands-on experience from our team of experts for the installation process




0:00 / 4:00

**Use the guided flow below for an interactive, step-by-step experience that will help you through the installation process.**

Feedback

[Installing Your SimpliCam Indoor Camera]