# EXHIBIT N

ENDS SOON
40% OFF  +  FREE INDOOR CAMERA

Redeem

Safe

Take our quiz

# Blanket your home with 24/7 security

Wireless. Comprehensive. Installation options. Our wide range of high-tech cameras and sensors protect your whole home 24/7 from break-ins, fires, floods and more.

ENDS SOON

40% OFF  +  FREE INDOOR CAMERA

any new system         with professional monitoring

enter your email

Get offer

You may receive email offers from us in accordance with our **Privacy Policy**.

SimpliSafe cameras automatically update software so you always have the latest technology.



ENDS SOON

**40% OFF** + **FREE INDOOR CAMERA**

any new system    with professional monitoring

You may receive email offers from us in accordance with our **Privacy Policy**.

# Burglary Sensors and Sirens

In case of a break-in, our long-range wireless sensors cover your entire home with security. Sounding the alarm and notifying you immediately. With a professional monitoring plan, our agents are alerted and will dispatch police if there's an emergency.

ENDS SOON

**40% OFF**  +  **FREE INDOOR CAMERA**

any new system        with professional monitoring

You may receive email offers from us in accordance with our **Privacy Policy**.

**Panic Button**

In case of an emergency, customize your Panic Button to send a silent or audible alarm to our monitoring center. Learn more.



**Glassbreak Sensor**

Detects and identifies the distinct sound between a smashed window and smashed plate, sounding the alarm if there's a break-in. Learn more.



ENDS SOON

**40% OFF**  +  **FREE INDOOR CAMERA**

any new system       with professional monitoring

You may receive email offers from us in accordance with our **Privacy Policy**.



ENDS SOON

**40% OFF** + **FREE INDOOR CAMERA**

any new system    with professional monitoring

You may receive email offers from us in accordance with our **Privacy Policy**.

# Outdoor Camera

See everything outside your home. With a built-in spotlight and HDR imaging, you can see what's happening in full color — day or night. Learn more.

ENDS SOON

**40% OFF**  +  **FREE INDOOR CAMERA**

any new system    with professional monitoring

You may receive email offers from us in accordance with our **Privacy Policy**.

## Video Doorbell Pro

Welcome guests or scare off intruders with two-way audio. Capture everything happening outside your front door at any time.

Learn more.



ENDS SOON

**40% OFF**  +  **FREE INDOOR CAMERA**

any new system        with professional monitoring

You may receive email offers from us in accordance with our **Privacy Policy**.

# Hazard Sensors

Fires and floods can result in costly damages to your home. Our hazard sensors detect danger before any damage is done.

**Temperature Sensor**

Triggers an alarm if your home drops below 41°F—preventing pipes from freezing or bursting. You can also set an upper limit to protect pets. Learn more.

ENDS SOON

**40% OFF**  +  **FREE INDOOR CAMERA**

any new system        with professional monitoring

You may receive email offers from us in accordance with our **Privacy Policy**.

**Smoke Detector**

Sounds an alarm when smoke is detected. With a monitoring plan, we are notified and will dispatch the fire department immediately. Learn more.



**Carbon Monoxide Detector**

You can't see, smell or taste it. Our CO Detector sounds the siren when it detects it. With a monitoring plan, we are notified and will dispatch the fire department immediately.

ENDS SOON

**40% OFF**  +  **FREE INDOOR CAMERA**

any new system          with professional monitoring

You may receive email offers from us in accordance with our **Privacy Policy**.



ENDS SOON

**40% OFF**  **+**  **FREE INDOOR CAMERA**

any new system       with professional monitoring

You may receive email offers from us in accordance with our **Privacy Policy**.

## The Keypad

Entirely wireless and smash-safe. Arm and disarm in one click. If an intruder smashes the Keypad, we still get the alert so we can dispatch police. You can even customize the Panic Button to send a silent alarm. Learn more.

## SimpliSafe App

Arm, disarm and protect any time anywhere with the SimpliSafe app.

## Key Fob

Works just like your car's key fob. Arm and disarm your system with a push of a button. In case of an emergency, press the Panic Button to alert our monitoring center. Learn more.

ENDS SOON

**40% OFF**  +  **FREE INDOOR CAMERA**

any new system       with professional monitoring

You may receive email offers from us in accordance with our **Privacy Policy**.



# Front Door Defense

ENDS SOON

**40% OFF**  +  **FREE INDOOR CAMERA**

any new system        with professional monitoring

You may receive email offers from us in accordance with our **Privacy Policy**.

# More protection with professional monitoring

With cutting-edge security technology and 24/7 professional monitoring agents backed by Fast Protect™ Technology, we're ready to take action in an emergency. Advanced home security, 24/7 professional monitoring for less than $1/day.

Learn more

Shop                                                        Support                                                  USA

Legal     Privacy     Blog

ENDS SOON

**40% OFF**   **+**   **FREE INDOOR CAMERA**

any new system              with professional monitoring

You may receive email offers from us in accordance with our **Privacy Policy**.