# EXHIBIT P

# How to use the Video Doorbell's 2-Way Audio

Updated 4 months ago

## How to Use

Two-way audio works on all cameras in the SimpliSafe system.

- To speak, hold down the microphone button while viewing the livestream
- To listen, release the microphone button to hear audio from the camera
- **You will not be able to hear** the audio while holding down the microphone button

## Troubleshooting

If you are experiencing problems with your 2-way audio, please follow [these troubleshooting steps](#).



If issues with your doorbell's 2-way audio continue, [please contact support](#).

