# EXHIBIT Q

Back to Shop

Simplisafe Account Login



support

> What Should I Get?

# What Should I Get?

SimpliSafe lets you custom-build your own system, but what is the right mix of components for your house? Ask the community here

**dannyaustin**
1 Message
November 2nd, 2021

## Does any of my data (camera/microphone s) go via a SimpliSafe server?

New to the Community? Get started by reading our Welcome Post.

**Related Conversations**

Question · Updated 1 year ago     👁 169    💬 1    👍 0    👥 0



Like Comment Follow

Comment on this post here...

## Responses

**davey_d**
Community Admin • 4.2K Messages 1 year ago

Hi dannyaustin,

Yes, all of the camera data, including your videos, do go through our servers. This goes for both videos saved in the cloud, as well as your livestreams.
But please don't worry. All of that data is encrypted both in transit and at rest, and is fully locked down so that nobody, not even our own employees, can access without your permission.

**- Davey D.**
Community Development Manager
*SimpliSafe Home Security*

0 0

Cancel Post

Accepted Solution
**Does Simplis...**
Question
3 0

**UK - Video D...**
Question
1 0

**Search for R...**
Question
1 0

**Using Simpli...**
Question
4 0

**Will the cam...**
Question
2 0

**Was this post helpful?**

No Yes

Product Support

Getting Started

Account & Billing

Community

App Support

Shop

Orders & Warranty

Using Your System

Alarms & Monitoring

Moving Support

Wi-Fi Troubleshooting

📞 Call Us

**1-800-204-0542**

8:00 am - Midnight, ET.

💬 Live Help

**8:00am - Midnight, ET.**

| California Residents - Do Not Sell My Personal Information | © 2022 SimpliSafe, Inc. | Legal | Privacy | Blog | Accessibility Statement |



Legal

Privacy

Accessibility Statement

California Residents - Do Not Sell My Personal Information

© 2022 SimpliSafe, Inc.