# EXHIBIT R

# Setting Up A New PIN

Updated 3 months ago

## What are PINs?

PINs are the four-digit sequences used to arm and disarm your system, as well as to lock and unlock the Smart Lock. When setting up your system, you will be prompted to create a Master PIN. However, you have the option to create additional Custom and Duress PINs.

When you set up Custom PINs, you'll be able to delegate access to your location, without allowing an individual to make changes to your SimpliSafe system. You'll also be able to see which PIN was used to arm or disarm your system in the timeline on the Mobile App or Web app.

Duress PINs can be used in emergency situations to immediately dispatch police to your location.

**Please note that PINs are different from your Safe Word.** Your Safe Word will be needed to make changes to your monitoring subscriptions and to verify or

Feedback

cancel an alarm event when you're on the phone with our team of experts.

## Setting up PINs

There are three types of PINs in our latest SimpliSafe: Master, Custom, and Duress. **The Smart Lock uses the exact same PINs as the Keypad**. There are two ways to change or add PINs.

**1. The Keypad:**

1. Push the Menu button on the Keypad
2. Enter your Master PIN
3. Select PINs
4. Follow the onscreen prompts to create and save each new PIN you'd like to add



**2. The SimpliSafe mobile app:**

1. Open the menu by clicking on the three horizontal lines at the top of the screen
2. Choose Location Profile
3. Select PINs at the bottom of the screen
4. Select Add Custom PIN
5. Follow the onscreen prompts to create and save each new PIN you'd like to add
6. In the future, you can change the name of a PIN, the PIN itself, or delete it by clicking on the PIN.

0:00 / 0:12

Feedback

## PIN Types

| PIN Typ | Use |
|---|---|

|  |  |
|---|---|
| e |  |
| Master PIN | Allows disarming your system. The Master PIN is also required in order to access the Keypad's menu. |
| Custom PIN | Custom PINs are similar to the Master PIN, but cannot access the menu to change system settings. Give these to friends and family to let them disarm your system. Naming them allows you to keep track of who is disarming your system. These can be added and deleted as needed. |
| Duress PIN | Emergency PIN used to instantly notify emergency responders that you are under duress. When this PIN is entered on the Keypad, we'll dispatch the police immediately (and disarm the system to fool intruders). |

Feedback