# EXHIBIT S

3/7/23, 3:20 PM                               Wireless Security Camera System | SimpliSafe Indoor Security Camera







https://simplisafe.com/simplicam-security-camera                                                                                                    1/11



**Keep an eye on your home**

Watch live HD Video and audio 24/7 for free from your smartphone, tablet or computer.



**Alerts you to trouble**

SimpliCam alerts you for free the instant it detects motion so you can see what's happening and take action.



**Motion detection**

Motion sensors are calibrated to detect the unique heat signature of humans.



ENDS SOON

**40% OFF** + **FREE INDOOR CAMERA**

any new system        with professional monitoring

You may receive email offers from us in accordance with our **Privacy Policy**.



**Capture critical evidence**

See what happened before, during and after your camera detects activity. With an optional recording plan, you can record, store and share critical footage with police and neighbors.

- Record anytime at the push of a button
- 30-day storage
- Download and share clips



ENDS SOON

**40% OFF**  +  **FREE INDOOR CAMERA**

any new system      with professional monitoring

You may receive email offers from us in accordance with our **Privacy Policy**.

home in crystal clear HD from your smartphone, laptop or tablet. All for free in the SimpliSafe app.



 

Meet the outdoor camera

# Detects people. Ignores everything else.

We believe a home security camera should know the difference between an intruder and a branch moving outside the window. SimpliCam solves the "camera-cried-wolf" problem. Its built-in motion detection algorithms are calibrated to detect the unique heat signature of humans, so you're only alerted to the things that matter.

### ENDS SOON

**40% OFF**  +  **FREE INDOOR CAMERA**

any new system      with professional monitoring

You may receive email offers from us in accordance with our **Privacy Policy**.

What good is HD video if it's choppy, grainy and slow? Here's a secret. To get crystal clear video, you need more than HD resolution. SimpliCam's secret sauce is its compression. Our engineers developed a "variable bitrate compression algorithm," which is a geeky way of saying that with SimpliCam you get crystal clear HD video that loads quickly and plays smooth.

## Serious privacy protection

SimpliCam was built with a stainless steel privacy shutter to give you complete control over your privacy. The privacy shutter only opens with your permission. It protects your video feed with the same level of encryption used by banks to protect their accounts.

**End to End Encoding**     **Encryption in Transit**     **SSL Security Certification**

ENDS SOON

**40% OFF**  +  **FREE INDOOR CAMERA**

any new system        with professional monitoring

You may receive email offers from us in accordance with our **Privacy Policy**.



# Meet SimpliCam

ENDS SOON

**40% OFF** any new system  **+**  **FREE INDOOR CAMERA** with professional monitoring

You may receive email offers from us in accordance with our **Privacy Policy**.







Simplicam security camera

# Frequently Asked Questions

Is SimpliCam a wireless camera?



Yes. All SimpliSafe cameras require WiFi for set up and use. Our cameras are designed to work with 2.4 GHz WiFi networks in order to provide wider coverage and penetrate walls. All WiFi networks support 2.4 GHz. Being on WiFi allows you to connect cameras to your system, stream live video, view and download recordings*; access the SimpliSafe app and control your system from anywhere; enable Video Verification*, arm your system using Google Assistant or Alexa* and retrieve and download necessary firmware updates for your system and devices. *with select monitoring plans.



Shop

Support

USA

Legal    Privacy    Blog

© 2022 SimpliSafe, Inc.

Do Not Sell My Personal Information

**ENDS SOON**

**40% OFF**  +  **FREE INDOOR CAMERA**

any new system        with professional monitoring

You may receive email offers from us in accordance with our **Privacy Policy**.